IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN T. WALKER, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAIME SORBER *et al.*, | : | No. 21-3477 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 29th day of September, 2022, upon consideration of Defendant Jaime Sorber and John E. Wetzel's Motion to Dismiss Mr. Walker's Second Amended Complaint (Docs. No. 27, 28), it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss (Docs. No. 27, 28) is **GRANTED IN FULL** as to Counts One, Three, and Four of Mr. Walker's Complaint (Doc. No. 21-1).

2. Defendants' Motion to Dismiss (Docs. No. 27, 28) is **GRANTED** as to Count Five of Mr. Walker's Complaint (Doc. No. 21-1) insofar as it alleges a Due Process violation for Mr. Walker's time quarantined in the segregated unit.

3. Defendants' Motion to Dismiss (Docs. No. 27, 28) is **GRANTED** as to Counts Five and Six of Mr. Walker's Complaint (Doc. No. 21-1), construing Counts Five and Six as alleging an access to the court claim.

1

4. Defendants' Motion to Dismiss (Docs. No. 27, 28) is **DENIED** as to Count Two of Mr. Walker's Complaint (Doc. No. 21-1) insofar as it alleges a claim for the deprivation of a state-created liberty interest.

BY THE COURT:

_____
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE
