IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN T. WALKER, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAIME SORBER *et al.*, | : | No. 21-3477 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 10th day of November, 2022, upon consideration of Plaintiff Shawn Walker's Motions to Compel Discovery (Doc. Nos. 34, 35) and Defendants Jaime Sorber, John Wetzel, and George Little's Responses in Opposition to Mr. Walker's Motions to Compel Discovery (Doc. Nos. 36, 37), it is hereby **ORDERED** that Mr. Walker's motions to compel (Doc. Nos. 34, 35) are **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE