IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN T. WALKER,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAIME SORBER et al.,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  21-3477 |

# O R D E R

**AND NOW,** this 26th day of September, 2024, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 51) and any responses and replies thereto (ECF Nos. 56, 57), it is hereby **ORDERED** that the Motion is **GRANTED.** This action is **DISMISSED** with prejudice and the Clerk of Court is directed to mark this matter as closed.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**
_____
　　**HODGE, KELLEY B., J.**